# UNITED STATES DISTRICT COURT

MIDDLE District of NORTH CAROLINA

UNITED STATES OF AMERICA

V.

LAWRENCE SOLIN

**WARRANT FOR ARREST**

Case Number: 1:05mj0143-1

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  **LAWRENCE SOLIN**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  X Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)
execute and attempt to execute a scheme to defraud through the use of commercial interstate carriers and interstate wire communications

in violation of Title  18  United States Code, Section(s)  1341 and 1343

Russell A. Eliason
Name of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

*(signature)*
Signature of Issuing Officer

06/28/2005 at Winston-Salem, North Carolina
Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |