IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | No. 1:05MJ143-1 |
| LAWRENCE SOLIN | : | |

## WAIVER OF PRELIMINARY EXAMINATION

I, LAWRENCE SOLIN, charged in a criminal complaint pending in this district with alleged violations of federal law, having been advised by counsel of my rights to a preliminary hearing as required by Rule 32.1 of the Federal Rules of Criminal Procedure, do hereby waive my right to a preliminary hearing.

This the 19th of July, 2005.

_____          _____
WILLIAM C. INGRAM                  LAWRENCE SOLIN
First Asst Federal Public Defender